**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST CO. ) | CASE NO. 1:07CV1965 |
| Plaintiff(s), ) | |
| v. ) | |
| DARRYL JOHNSON, et al., ) | |
| Defendant(s). ) | **J U D G M E N T** |

The Court has filed its Opinion in the above-captioned matter.  Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

 s/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

October 2, 2007